```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CAROL DURRELL  et al.          :      CIVIL ACTION
                               :
     v.                        :
                               :
LOWER MERION SCHOOL            :      NO.  09-4279
DISTRICT
```

O R D E R

**AND NOW, TO WIT:** This 3rd day of November, 2010, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ,** Clerk of Court


**BY:** /s/Katherine Gallagher
      Katherine Gallagher
      Deputy Clerk


Civ 2
41(b).frm